UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRISTOBAL GUZMAN and JOSE DIAZ,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                     Plaintiffs,

    v.

VESDEL FOODS INC. d/b/a STAGE DOOR DELI,
PETER TRAVLOS, NICK TRAVLOS,
VICKI TRAVLOS, C-PENN FOODS INC. d/b/a
STAGE DOOR DELI & RESTAURANT,
ATHANASIOS ARGYRIS, NIKOLAOS ARGYRIS,
and GEORGE ARGYRIS,

                     Defendants.

Case No.: 13-cv-3825

---

### DECLARATION OF CRISTOBAL GUZMAN

I, CRISTOBAL GUZMAN, under penalty of perjury, affirm as follows:

1. I was employed by Defendants as a food preparer and counter person from October 2004 until September 4, 2012, at Defendants' delicatessen named "Stage Door Deli" located at 26 Vesey Street, New York, New York. At all times during my employment by Defendants, I was a non-managerial employee. While employed by the Defendants, I observed that other non-managerial employees employed by Defendants did work that was the same or similar to the work I did.

2. During my employment with Defendants, I worked over forty hours per week and over ten hours per day. Specifically, my regular working schedule was for 6 days per week for 10 hours per day. I was not properly paid overtime for all my hours worked.

3. Though my regular schedule was only sixty hours per week, I was regularly required to work in excess of my regularly scheduled hours by 5 hours every week. I was not paid for such off the clock work. Defendants did not have a punch clock until August 2012.

Based on my observations, other non-managerial employees were similarly required to engage in such off the clock work without compensation.

4. During my employment for Defendants, I was never paid a spread of hours premium, even when my workday exceeded ten hours. In addition, I personally observed that no employees of Defendants were ever paid a spread of hours premium, even if their workday exceeded ten hours.

5. During my employment, Defendants failed to provide me with proper paystubs that accurately reflected my hours worked and other information required under law. I observed and heard through coworkers that it was Defendants' policy to not provide proper paystubs to non-managerial employees with the required accurate information at the Stage Door Deli operated by Defendants.

6. During my employment, Defendants also failed to provide me at the beginning of my employment or annually with proper wage and hour notice indicating my regular pay rate, my overtime-hourly rate, the hours that I worked and other information required under law. I observed that it was Defendants' policy at Stage Door Deli to not provide proper wage and hour notice to employees at the beginning of their employment or annually thereafter.

7. While employed by the Defendants, I observed that non-managerial employees, including myself, were required to sign for compensation receipts that did not properly reflect all of our hours worked, nor were such receipts contemporaneously prepared with the relevant pay period. All non-managerial employees were required to sign a stack of time sheets under threat of firing.

8.  Prior to January 2012, I was required to pay $20 for company-required uniform. Based on my observation, all non-managerial employees are required to pay $20 for company-required uniform.

9.  I agree to act as a class representative and am of sound mind and body.

10. I do not have any conflicts with prospective class members.

[REST OF PAGE LEFT INTENTIONALLY BLANK]

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: _____9-3_____, 2013

_____
CRISTOBAL GUZMAN

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF NEW YORK  )

SWORN AND SUBSCRIBED before me this __3rd__ day of __Sep__, 2013.

_____
NOTARY PUBLIC, STATE OF NEW YORK

ANNE SEELIG-SUHRCKE
Notary Public, State of New York
No. 02SE6113610
Qualified in New York County
Commission Expires 08-02-2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRISTOBAL GUZMAN and JOSE DIAZ,
*on behalf of themselves, FLSA Collective Plaintiffs
and the Class,*

       Plaintiffs,    Case No.: 13-cv-3825

v.

VESDEL FOODS INC. d/b/a STAGE DOOR DELI,
PETER TRAVLOS, NICK TRAVLOS,
VICKI TRAVLOS, C-PENN FOODS INC. d/b/a
STAGE DOOR DELI & RESTAURANT,
ATHANASIOS ARGYRIS, NIKOLAOS ARGYRIS,
and GEORGE ARGYRIS,
       Defendants.

---

## DECLARACIÓN DE CRISTOBAL GUZMAN

Yo, CRISTOBAL GUZMAN, bajo pena de perjurio, afirmo lo siguiente:

1. Yo fuí empleado por los Demandados como un preparador de comida y persona del contador desde Octubre 2004 hasta Septiembre 4, 2012, en el deli de los Demandados llamado "Stage Door Deli" localizado en 26 Vesey Street, New York, New York. En todo momento durante mi empleo con los Demandados, yo era un empleado no-directivo. Mientras fuí empleado por los Demandados, observé que otros empleados no-directivos empleados por los Demandados hacían trabajo que era igual o similar al trabajo que yo hacía.

2. Durante mi empleo con los Demandados, yo trabajé mas de cuarenta horas por semana y mas de diez horas por día. Específicamente, mi horario de trabajo regular era de 6 días a la semana por diez horas al día. No se me pagaron mis horas extras adecuadamente por todas las horas trabajadas.

3. Aunque mi horario regular era de sólo sesenta horas por semana, yo era regularmente requirido trabajar en exceso de mi horario por 5 horas cada semana. No se me pagaba por este tiempo no marcado. Los Demandados no tenían un reloj de ponchar hasta

Agosto del 2012. Basado en mis obervaciónes, otros empleados no-directivos eran requiridos trabajar horas sin marcar de modo similar sin compensación.

4.   Durante mi empleo por los Demandados, nunca se me pagó una propagación de prima horas ("spread of hours" en inglés) incluso cuando mi día laboral exceedía diez horas. Además, personalmente observé que ningún empleado de los Demandados fueron pagados ninguna ves una propagación de prima horas ("spread of hours" en inglés), incluso cuando su día laboral excedía diez horas.

5.   Durante mi empleo, los Demandados no me dieron recibos de sueldos adecuados que reflecionaran correctamente mis horas trabajadas ni otra información requirida bajo la ley. Yo observé y eschuché por medio de compañeros de trabajo que era la política común de los Demandados no proveer recibos de sueldos adecuados a los empleados no-directivos con la información correcta requirida en el Stage Door Deli operado por los Demandados.

6.   Durante mi empleo, los Demandados tampoco me dieron ni al princípio de mi empleo ni anualmente una notificación de horas y salarios con mi tarifa de pago regular, mi tarifa de horas extras, las horas que yo trabajaba y otra información requirida bajo la ley. Yo observé que era la política de los Demandados en Stage Door Deli no proveer notificaciónes de horas y salarios a los empleados ni al inicio de su empleo ni anualmente durante su empleo.

7.   Mientras fuí empleado por los Demandados, yo observé que los empleados no-directivos eran requiridos firmar recibos de compensación que no refleccionaban correctamente todas las horas trabajadas, y tales recibos no eran preparados contemporáneamente con el período de pago correspondiente. Todos los empleados no-directivos eran requiridos firmar una pila de hojas de tiempo bajo la amenaza de despido.

8. Antes de Enero del 2012, yo era requirido pagar $20 por el uniforme requirido por la compañia. Basado en mis observaciónes, todos los empleados no-directivos eran requiridos pagar $20 por el uniforme requirido por la compañia.

9. Estoy de acuerdo en actuar como el representante de la clase y estoy de cuerpo y mente sana.

10. No tengo ningún conflicto con los prospectivo miembros de la clase.

[RESTO DE LA PÁGINA DEJADO EN BLANCO A PROPOSITO]

Yo afirmo, bajo pena de perjurio, que la información anterior es verdadera y correcta.

Fechado: Nueva York, Nueva York

_____9-3_____, 2013

_____
CRISTOBAL GUZMAN


ESTADO DE NUEVA YORK    )
                        )SS:
CONDADO DE NUEVA YORK   )

JURADO Y SUSCRITO ante mi este __3rd__ dia de __Sep.__, 20__13__.

_____
NOTARIO PUBLICO, ESTADO DE NUEVA YORK

ANNE SEELIG-SUHRCKE
Notary Public, State of New York
No. 02SE6113610
Qualified in New York County
Commission Expires 08-02-2016