UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Guzman, et al.                    :

            Plaintiff(s),         :    ORDER OF DISCONTINUANCE

         -against-                       :    13 Civ. 3825 (WHP) (FM)

Vesdel Foods, Inc., et al.        :

            Defendant(s).         :

------------------------------------------------------------x

        It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

        ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
                October 31, 2013

                                                  FRANK MAAS
                                     United States Magistrate Judge

_____          _____
Attorney(s) for Plaintiff                            Attorney(s) for Defendant
CK Lee                                               Milo Silberstein

Agreed and Consented to:                Agreed and Consented to:

                                                    Vicky Travlos

Cristobal Guzman

Jose Diaz                                                Peter Travlos